In the United States District Court
For the Southern District of Mississippi
Northern ~~Jackson~~ Division



Jeffery Alonzo Stallworth

v. Martha Fore Purvis, Ralph Brian Pauley,
Scott Prescott, Kai Mentzer,
Dennis McDonough, Sean Tindell, Ashlee Lucas, Employees
of MS Department of Public Safety, MS Department of Public Safety

Civ. Act. 3:24CV-155-CWR-LGI

## AMENDED COMPLAINT

COMES NOW, Plaintiff Jeffery Alonzo Stallworth, an African American male, and files this Amended Complaint to the Complaint filed on March 15, 2024 against the Defendants Purvis, Pauley, Prescott, Mentzer, McDonough and add Defendants Sean Tindell and Ashlee Lucas, who are employees of MS Department of Public Safety, and the Department of Public Safety.

### JURISDICTION

The Plaintiff incorporates by reference Section II A-D entitled Basis for Jurisdiction in its entirety. Under Section D, Plaintiff would also state that Ashlee Lucas in her capacity as employee of Department of Public Safety called Plaintiff's job at the G.V. Sonny Montgomery VA in Jackson, MS and stated in a telephone interview that Plaintiff was engaged in sex trafficking. Defendant Lucas had no basis for this false allegation and acted under color of state law in doing so thereby

1

causing Plaintiff embarrassment, shame, loss of reputation and ultimately his position as a chaplain. Defendant Lucas' actions constituted negligence and intentional and negligent infliction of emotional distress and interference with a contractual relations. She acted in reckless disregard of the truth.

Defendant Sean Tindell in his capacity as Commissioner failed to train properly his employees to prevent something like this from happening causing stigmatizing and irreparable harm to plaintiff's good name and reputation as chaplain and pastor in this community. Defendants Tindell and Lucas acted under color of state law and failed to honor and respect Plaintiff's expungement.

## STATEMENT OF CLAIM

Plaintiff incorporates IIIA-C in its entirety from the Complaint and also incorporates the above referenced Plaintiff would also state that Ashlee Lucas in her capacity as employee of Department of Public Safety called Plaintiff's job at the G.V. Sonny Montgomery VA in Jackson, MS and in stated in a telephone interview that Plaintiff was engaged in sex trafficking. Defendant Lucas had no basis for this false allegation and acted under color of state law in doing so thereby causing Plaintiff embarrassment, shame, loss of reputation and ultimately his position as a chaplain. Defendant Lucas' actions constituted negligence and intentional and negligent infliction of emotional distress and interference with a

contractual relations. She acted in reckless disregard of the truth participating in Plaintiff's termination as chaplain on March 17, 2023.

Defendant Sean Tindell in his capacity as Commissioner failed to train properly his employees to prevent something like this from happening causing stigmatizing and irreparable harm to plaintiff's good name and reputation as chaplain and pastor in this community. Defendants Tindell and Lucas acted under color of state law and failed to honor and respect Plaintiff's expungement.

## INJURIES

Plaintiff incorporates the paragraph from the Complaint in its entirety.

## RELIEF

Plaintiff incorporates the paragraph from the Complaint in its entirety.

## CERTIFICATION

Plaintiff incorporates the paragraph from the Complaint in its entirety and so certify.

This the 18th day of March 2024.

Jeffery Alonzo Stallworth, MDiv

*Jeffery A Stallworth*   March 18, 2024

6286 Hanging Moss Road
Jackson, MS 39206
601-259-5776
jeffstallworth77@gmail.com

Jeffery Alonzo Stallworth v. Martha Fore Purvis, Ralph Brian Pauley, Scott Prescott, Kai Mentzer, Dennis McDonough, Civ. Act. _____

Defendant No. 6

Name: Department of Public Safety, Sean Tindell, Commissioner
Title: Commissioner
Address: 1900 E. Woodrow Wilson
           Jackson, MS 39216
Phone: 601-987-1212
Individual and Official Capacity

Defendant No. 7

Name: Ashlee Lucas
Title: Current or Former Employee with Department of Public Safety
Address: 1900 E. Woodrow Wilson
          Jackson, MS 39216
Phone: 601-987-1212
Individual and Official Capacity

Defendant 8 MS Department of Public Safety